BEFORE THE SECOND DIVISION, SEPTEMBER 27, 1966

**No. P66/231.**—Albert F. Maurer Company *v.* United States, protest 63/21214 (Philadelphia).

**No. P66/232.**—Robert Bosch Corporation *v.* United States, protests 64/9105, 64/9106, and 64/9113 (New York).

**No. P66/233.**—Robert Bosch Corp. *v.* United States, protests 64/23013 and 62/13258 (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.